# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF VIRGINIA

### Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:11cr9 |
| | ) | |
| TRENTON HAWKINS | ) | |

## ORDER OF AUTHORIZATION FOR TRANSPORTATION OF PRISONER BY FEDERAL AGENTS

The Court having been advised by the United States Attorney's Office that TRENTON HAWKINS, a prisoner-defendant, in the above-styled matter, is being held in local jail pending sentencing and being further advised by the United States Attorney that this defendant, with consent of his counsel, will be needed for interviews, it is hereby,

ORDERED, ADJUDGED and DECREED that Special Agents of the Department of Homeland Security, Immigration and Customs Enforcement, with the United States Marshal having no objection to this request, will be authorized to transport the above-named individual to the United States Courthouse in Norfolk, Virginia and the office of the Department of Homeland Security, Immigration and Customs Enforcement during normal working hours. Unless during the day custody of the said prisoner is taken over by the United States Marshal, the aforesaid agents shall remain with the prisoner at all times until the prisoner is returned to the custody of the United States Marshal and the jail where the prisoner is incarcerated.

It is further Ordered, that certified copies of this Order shall be distributed to the United States Marshal and the United States Attorney to be used as necessary to effect the transfer of said prisoner.

IT IS FURTHER ORDERED that absent further order of the court, this transportation order shall terminate ten (10) days after TRENTON HAWKINS' sentencing.

/s/
Tommy E. Miller
United States Magistrate Judge

UNITED STATES MAGISTRATE JUDGE

February 15, 2011
Norfolk, Virginia

I ASK FOR THIS:

Laura M. Everhart
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
757-441-6331