**USP HAZELTON SHU-R-5**
**TRENTON HAWKINS 77782083**
**PO BOX 2000**
**BRUCETON MILLS WV 26525**



FILED

JAN - 6 2012

CLERK, US DISTRICT COURT
NORFOLK, VA

**JANUARY 5, 2012**

**HONORABLE JUDGE JEROME FRIEDMAN**
**I TRENTON HAWKINS (77782083)- (CASE # 2::11CR00009) WOULD LIKE TO**
**FILE A MOTION TO MODIFY RETROACTIVE OF SENTENCING GUIDE LINES**
**AND A MOTION TO MODIFY RETROACTIVE OF SENTENCING GUIDE LINES**
**FOR CRACK COCAINE.**

**THANK YOU**

T. Hawkins
P.O. Box 2000
Bruceton Mills WV 26525

District Judge Jerome B. Friedman
United State Court House
600 Granby St. 23510

U.S. MARSHALS
USPS-EDQT



