AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

FILED
MAR 12 2012
CLERK, US DISTRICT COURT
NORFOLK, VA

United States of America
v.
Trenton Hawkins

Case No: 2:11cr009-02
USM No: 77782-083

Date of Original Judgment: 06/07/2011
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Rodolfo Cejas, II
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[✓]**DENIED.** [ ]**GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months is **reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 06/07/2011 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3/12/2012

Judge's signature

Effective Date: _____
*(if different from order date)*

Arenda L. Wright Allen, US District Judge
*Printed name and title*