Dear Miss Arenda L Wright Allen.

My name is Trenton Hawkins, I am writing this letter to the courts to ask for permission to be released from probation early. Ive complied with all the rules from my probation officer Mr. Williams. Upon my release from the federal bureau of prisons, I went into the halfway house. I obtained full time employment once I got situated. When I was released to go home finally. I still held full time employment and a secondary job. I have been in compliance with everything that was required of me. No, positive drug screens met with him for all of my meetings and home visits. Mr. Williams has been an exemplary probation officer and I would like to thank him for everything he has done for me. Thank you

Trenton Hawkins

May 01, 2023