UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA

v.

TRENTON HAWKINS,

        Defendant.

Crim. No. 2:11cr9

## ORDER

Before the Court is a *pro se* letter Motion for Early Termination of Supervised
Release (the "Motion") filed by Defendant Trenton Hawkins. Mot. Term., ECF No.
178. Under 18 U.S.C. § 3583(e)(1), the Court may, "after considering the factors set
forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and
(a)(7)," terminate supervision "at any time after the expiration of one year of super-
vised release, pursuant to the provisions of the Federal Rules of Criminal Procedure
relating to the modification of probation, if it is satisfied that such action is warranted
by the conduct of the defendant released and the interest of justice."

The United States Probation Office is hereby **DIRECTED** to file a memoran-
dum describing Mr. Hawkins' conduct on supervision and its position on the request
for early termination of Mr. Hawkins' supervision. The Probation Office is also **RE-
QUESTED** to file Mr. Hawkins' Presentence Investigation Report ("PSR"). The mem-
orandum and Defendant's PSR **SHALL** be filed no later than August 16, 2023.

Federal Rule of Criminal Procedure 32.1(c) provides that in general, the Court
must hold a hearing before modifying the terms of supervision. However, a hearing

1

is not required if "the relief sought is favorable to the person and does not extend the term of probation or of supervised release" and "an attorney for the government has received notice of the relief sought, has had a reasonable opportunity to object, and has not done so."

Accordingly, the Government is hereby **NOTIFIED** of the relief sought by Mr. Hawkins. If the Government has objections, it **SHALL** file a memorandum explaining those objections no later than August 30, 2023. If the Government has no objections and the Probation Office concurs, the Probation Office is encouraged to expedite its briefing to the Court.

If there are objections, Mr. Hawkins may file a Reply to the filings from the Probation Office and the Government. The Reply shall be filed on or before September 13, 2023. The Clerk is **REQUESTED** to forward a copy of this Order to Mr. Hawkins, the United States Probation Office, and the United States Attorney.

**IT IS SO ORDERED.**

/s/
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Arenda L. Wright Allen
United States District Judge

July 26, 2023
Norfolk, Virginia