UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA

v.

TRENTON HAWKINS,

Defendant.

Criminal No. 2:11cr9-02

## ORDER

Before the Court is a *pro se* Letter Motion for Early Termination of Probation[1] (the "Motion") filed by Defendant Trenton Hawkins ("Mr. Hawkins"). ECF No. 183. Mr. Stratton moves for the early termination of his supervision. Under 18 U.S.C. § 3583(e)(1), "after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)," the Court may terminate supervision "at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." *Id.*

Mr. Hawkins began his ten-year term of supervised release on March 30, 2021. He is scheduled to complete his term of supervised release on March 29, 2031. While on supervision, Mr. Hawkins has maintained stable employment, submitted negative

---

[1] Mr. Hawkins was sentenced to a term of supervised release, not a term of probation. J. at 3, ECF No. 58. Accordingly, the Court will construe Mr. Hawkins' Motion as a motion for early termination of supervised release.

1

drug tests, and communicated consistently with his Probation Officer. Mot., ECF No. 183. He asks that the Court gives him "a chance to be released early for good conduct." *Id.*

Upon receiving the Motion, Mr. Hawkins' Probation Officer communicated to the Court that he had no objections to Mr. Hawkins' request. The Court issued an Order, which requested that the Government file a memorandum if it had any objections to Mr. Hawkins' request. Order, ECF No. 184. The deadline for filing such a memorandum has passed and no memorandum was filed, and accordingly, the Court understands that the Government has no objection to Mr. Hawkins' request. The Motion (ECF No. 183) is ripe for adjudication.

The Court has considered the factors set forth in 18 U.S.C. § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7). Given the sentence Mr. Hawkins served and his compliant conduct since his release from the Bureau of Prisons, it is in the interests of justice to terminate Mr. Hawkins' supervision.[2]

Accordingly, Mr. Hawkins' Motion for Early Termination of Probation (ECF No. 183) is warranted and therefore **GRANTED**. Mr. Hawkins' supervision is **TERMINATED**. The Clerk is **REQUESTED** to forward a copy of this Order to Mr.

---

[2] As noted in the Court's previous Order, ECF No. 184, the Court is not required to hold a hearing prior to terminating supervision because "the relief sought [by Mr. Hawkins] is favorable to [him] and does not extend the term of probation or supervised release" and "an attorney for the government has received notice of the relief sought, has had a reasonable opportunity to object, and has not done so." Fed. R. Crim. P. 32.1(c).

Hawkins, the United States Probation Office, and the Assistant United States Attorney.

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
United States District Judge

December 12, 2024
Norfolk, Virginia